Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ______________________________ | ) | |
| | ) | |
| Synergy CHC Corp., | ) | |
| | ) | Adv. Case No. 26-10029 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cedar Advance LLC | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2026, I caused a copy of the *Complaint*, ECF No. 1, and *Summons in an Adversary Proceeding*, ECF No. 2, to be served, via first class mail, postage prepaid, upon:

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

Cedar Advance LLC
c/o Agents and Corporations, Inc.
91 Ninth Street S., Suite 300
Naples FL 34102

Cedar Advance LLC
c/o Sand Park Capital LLC
621 NW 53rd St, Suite 125
Boca Raton FL 33487

Cedar Advance LLC
c/o Rosenfeld, C.
5491 Collins Ave., CU-9A
Miami Beach FL 33140

and

Cedar Advance LLC
5491 Collins Ave., CU-9A
Miami Beach FL 33140

Respectfully submitted,

Dated: November 16, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2026, I caused a copy of the foregoing to be filed via this Honorable Court's CM/ECF system, thereby effectuating service on all parties in interest.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.